**VAN–063** Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:  
Gary Leon Johnson Sr.  
P.O. Box 30091  
Greenville, NC 27833

CASE NO.: 14–00798–5–JNC

DATE FILED: February 10, 2014

CHAPTER: 13

Sheron Vantassle Harris–Johnson  
P.O. Box 30091  
Greenville, NC 27833

ORDER OF DISMISSAL

The court finds that Gary Leon Johnson Sr. and Sheron Vantassle Harris–Johnson has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Gary Leon Johnson Sr. and Sheron Vantassle Harris–Johnson file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Gary Leon Johnson Sr. and Sheron Vantassle Harris–Johnson and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court.

DATED: October 7, 2016

Joseph N. Callaway  
United States Bankruptcy Judge