0015-2V-EPIE2V-01076794-1962859
# United States Bankruptcy Court
## For The
### Eastern District of North Carolina Greenville Division

GARY LEON JOHNSON,SR & SHERON VANTASSLE H  
P.O. BOX 30091  
GREENVILLE, NC 27833  

Case No.: 14-00798-5-JNC  
SS #1: XXX-XX-1961  
SS #2: XXX-XX-5545  

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. |
|---|---|---|---|
| This case was commenced on | 02 | 10 | 14 |
| The Plan was confirmed on | 11 | 13 | 14 |
| The Case was concluded on | 10 | 07 | 16 |

Dismissed After Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $ 29,135.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| GARY LEON JOHNSON,SR & SH | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| ATTORNEY GERERAL | ATYGEN | Other | 0.00 | 0.00 | 0.00 | Not Filed |
| EMPLOYMENT SECURITY COMMI | ESC | Other | 0.00 | 0.00 | 0.00 | Not Filed |
| INTERNAL REVENUE SERVICE | IRS | Other | 0.00 | 0.00 | 0.00 | Not Filed |
| NC DEPT. OF REVENUE | NCREV | Other | 0.00 | 0.00 | 0.00 | Not Filed |
| US ATTORNEY | USATTY | Other | 0.00 | 0.00 | 0.00 | Not Filed |
| CAPITOL CREDIT COMPANY | 008 | Secured | 2,722.26 | 1,881.68 | 280.36 | 840.58 |
| PERITUS PORTFOLIO SERVICE | 009 | Secured | 21,846.38 | 15,106.89 | 2,227.65 | 6,739.49 |
| CAROLINA FINANCE | 010 | Secured | 4,270.33 | 4,270.33 | 0.00 | 0.00 |
| FURNITURE DISTRIBUTORS | 011 | Secured | 849.98 | 587.54 | 87.53 | 262.44 |
| INTERNAL REVENUE SERVICE | 012 | Priority | 3,699.71 | 0.00 | 0.00 | 3,699.71 |
| NC DEPT. OF REVENUE | 013 | Priority | 2,800.00 | 0.00 | 0.00 | 2,800.00 |
| DISCOUNT AUTO, INC. | 014 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ECU PHYSICIANS | 015 | Unsecured | 4,403.16 | 0.00 | 0.00 | 4,403.16 |
| ORTHOPEDIC EAST, INC. | 016 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| VIDANT MEDICAL CENTER | 017 | Unsecured | 26,956.02 | 0.00 | 0.00 | 26,956.02 |
| REBECCA A. LEIGH | 018 | Other | 0.00 | 0.00 | 0.00 | 0.00 |
| CAROLINA FINANCE | 010 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| RJM ACQUISITIONS FUNDING | 019 | Unsecured | 93.02 | 0.00 | 0.00 | 93.02 |
| INTERNAL REVENUE SERVICE | 012 | Unsecured | 7,963.02 | 0.00 | 0.00 | 7,963.02 |
| CAR FINANCE CAPITAL | 020 | Other | 0.00 | 0.00 | 0.00 | 0.00 |
| CAVALRY INVESTMENTS LLC | 021 | Unsecured | 20,511.27 | 0.00 | 0.00 | 20,511.27 |
| QUANTUM3 GROUP LLC | 022 | Unsecured | 335.82 | 0.00 | 0.00 | 335.82 |
| VIDANT EDGECOMBE HOSPITAL | 023 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | 024 | Unsecured | 9,337.08 | 0.00 | 0.00 | 9,337.08 |
| FURNITURE DISTRIBUTORS | 011 | Unsecured | 650.02 | 0.00 | 0.00 | 650.02 |

# United States Bankruptcy Court
For The
Eastern District of North Carolina Greenville Division

| | |
|---|---|
| GARY LEON JOHNSON,SR & SHERON VANTASSLE H<br>P.O. BOX 30091<br>GREENVILLE, NC 27833 | Case No.: 14-00798-5-JNC<br>SS #1: XXX-XX-1961<br>SS #2: XXX-XX-5545 |

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. | The Plan was confirmed on | MO. | DAY | YR. | The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 02 | 10 | 14 | | 11 | 13 | 14 | | 10 | 07 | 16 |

Dismissed After Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $ 29,135.00

| DISBURSEMENTS TO CREDITORS | | | AMOUNT ALLOWED | AMOUNT PAID | | BALANCE DUE |
|---|---|---|---|---|---|---|
| CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | | PRINCIPAL | INTEREST | |
| GARY LEON JOHNSON,SR & SH | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 29,688.95 | 6,499.71 | 70,249.41 | 0.00 | 0.00 | 106,438.07 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 21,846.44 | 0.00 | 0.00 | 0.00 | 0.00 | 21,846.44 | |
| INTEREST PAID | 2,595.54 | 0.00 | 0.00 | 0.00 | 0.00 | 2,595.54 | 24,441.98 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| LESLIE LOCKE CRAFT | 3,465.00 | 3,019.66 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES | | TRUSTEE | | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | | CLERK'S CHARGES | .25 EACH CLAIM OVER 10 | EXPENSE FUND | COMPENSATION FUND | | |
| | 0.00 | 0.00 | | 836.63 | 836.73 | 0.00 | 1,673.36 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Dated:  01/20/2018                                                                 Joseph A. Bledsoe, III, Chapter 13 Trustee
                                                                                    P.O. Box 1618
                                                                                    New Bern, NC  28563